HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**GRANTED**
Judge James Ware
1/16/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INICOM NETWORKS, INC., Individually and on Behalf of All Others Similarly Situated,, <br><br> Plaintiff, <br><br> vs. <br><br> NVIDIA CORP., et al., <br><br> Defendants. | Case No. 08-cv-04332-JW <br><br> **STIPULATION IN SUPPORT OF HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates To: <br><br> *Waidzunas, et al. v. Hewlett-Packard, Co.*, Case No. 08-cv-05081-HRL | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

**STIPULATION IN SUPPORT OF HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED (08-cv-04332-JW)**

WHEREAS, several cases are currently pending in the United States District Court for the Northern District of California that concern substantially the same parties, underlying facts and allegations as the above-captioned matter;

WHEREAS, at least seven (7) of these other federal cases have been marked related to one another pursuant to Civil Local Rule 3-12(b), including the above-captioned matter by Order dated December 30, 2008 (*See* Docket No. 44);

WHEREAS, another case, *Waidzunas, et al. v. Hewlett-Packard Co.*, 08-cv-05081-HRL ("*Waidzunas*"), was filed after the above-captioned matter and also concerns substantially the same parties, underlying facts and allegations as the above-captioned matter;

WHEREAS, if not likewise deemed related and reassigned to the Judge presiding over this and the other already-related cases, *Waidzunas* will likely create unduly burdensome and duplicative labor and expense and/or conflicting results;

IT IS HEREBY STIPULATED AND AGREED, by and between the *Waidzunas* Plaintiffs and HP, through their designated counsel of record, that *Waidzunas v. Hewlett-Packard Co.*, 08-cv-05081-HRL, should be marked related to the above-captioned matter pursuant to Civil Local Rule 3.12(b).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

**STIPULATION IN SUPPORT OF HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (08-cv-04332-JW)**

2

| | | |
|---|---|---|
| 1 | Dated: January 9, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | /s/ Robert A. Particelli |
| 3 | | ROBERT A. PARTICELLI, ESQUIRE |
| 4 | | Attorneys for Defendant |
| 5 | | HEWLETT-PACKARD COMPANY |

Dated: January 9, 2009                    SEEGER WEISS LLP

/s/ Jonathan Shub
JONATHAN SHUB, ESQUIRE

Attorneys for Plaintiffs
LANCE WAIDZUNAS, BRENT WEST,
MICHAEL MANN, TYLER BURGERT,
CHI LOK LEUNG, AND BRIAN ROBINSON

PURSUANT TO STIPULATION, IT IS SO ORDERED:

This order also terminated Docket Item No. 45.in C 08-04332 JW

DATE: January 16, 2009

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

**STIPULATION IN SUPPORT OF HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED (08-cv-04332-JW)**

3