1  HOWARD HOLDERNESS (SBN 169814)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105
3  Telephone: 415.442.1000
   Facsimile: 415.442.1001
4  E-mail: hholderness@morganlewis.com

5

6  ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
7  1701 Market Street
   Philadelphia, PA 19103
8  Telephone: 215.963.5000
   Facsimile: 215.963.5001
9  E-mail: rparticelli@morganlewis.com

10 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
11

*IT IS SO ORDERED*
*Judge James Ware*
2/6/2009

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| 15–21 | LANCE WAIDZUNAS, BRENT WEST, MICHAEL MANN, TYLER BURGERT, CHI LOK LEUNG, and BRIAN ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 08-cv-05081JW<br><br>**STIPULATION ENLARGING TIME FOR HEWLETT-PACKARD COMPANY TO RESPOND TO PLAINTIFFS' COMPLAINT** |
|---|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

**STIPULATION EXTENDING TIME FOR HP TO RESPOND TO PLAINTIFFS' COMPLAINT  (08-CV-05081-HRL)**

WHEREAS, this case is one of several federal actions that appear to arise out of similar facts and circumstances, and to raise substantially similar issues;

WHEREAS, a number of these other federal actions have been marked related to one another pursuant to Civil Local Rule 3-12;

WHEREAS, Hewlett-Packard Company ("HP"), a defendant in several of these already-related actions, has filed today a motion seeking relationship of the above-captioned matter with *Inicom Networks, Inc. v. NVIDIA Corp., et al.*, No. 08-cv-04332-JW;

WHEREAS, the Honorable James Ware, who is presiding over the already-related actions, has scheduled a Case Management Conference for February 23, 2009 that will address, among other issues, the filing of an amended complaint that would supersede the individual complaints currently on file in the already-related actions and, potentially, the operative complaint in the above-captioned action as well;

WHEREAS, requiring HP to respond to the operative complaint in this action could result in the unnecessary expenditure of private and judicial resources;

IT IS HEREBY STIPULATED, by and between Plaintiffs and HP, through their designated counsel of record that, pursuant to Civil Local Rule 6.1(a), HP is not required to respond to the operative complaint in this action except on twenty (20) days written notice by Plaintiff.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 9, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | /s/ Robert A. Particelli |
| 4 | | ROBERT A. PARTICELLI, ESQUIRE |
| 5 | | Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |
| 6 | | |
| 7 | Dated:  January 9, 2009 | SEEGER WEISS LLP |
| 8 | | /s/ Jonathan Shub |
| 9 | | JONATHAN SHUB, ESQUIRE |
| 10 | | Attorneys for Plaintiffs |
| 11 | | LANCE WAIDZUNAS, BRENT WEST,<br>MICHAEL MANN, TYLER BURGERT, |
| 12 | | CHI LOK LEUNG, AND BRIAN ROBINSON |

| | 3 | **STIPULATION EXTENDING TIME FOR HP TO RESPOND TO PLAINTIFFS' COMPLAINT  (08-CV-05081-HRL)** |
|---|---|---|